NUMBER 13-07-188-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


______________________________________________________ _


JOSE GANCERES, Appellant,


v.



THE STATE OF TEXAS, Appellee.

_______________________________________________________


On appeal from the 347th District Court


of Nueces County, Texas.


_______________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant seeks to appeal from an order imposing sanctions on defendant and
continuing or modifying community supervision. We dismiss the appeal for want of
jurisdiction.

 In Basaldua v. State, 558 S.W.2d 2 (Tex. Crim. App. 1977), the Court held that
a defendant may not appeal from an order continuing a defendant on probation with
amended terms and conditions. There is neither constitutional nor statutory authority
which would confer jurisdiction on this Court to hear an appeal from an order
modifying probationary conditions. Basaldua, 558 S.W.2d at 5.

 Accordingly, the appeal is dismissed.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed 

this the 17th day of May, 2007.